Robert J. Bulkley et al., Respondents, *v.* The Positype Corporation of America et al., Appellants, Impleaded with Another. (Actions 3 and 4.)

(Argued March 16, 1932; decided March 31, 1932.)

*R. Randolph Hicks* and *Lloyd F. Thanhouser* for appellants.

*Enos Throop Geer, James B. Alley* and *James F. Dealy* for respondents.

Judgment in each action affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN and HUBBS, JJ. Not sitting: KELLOGG, J.